## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ariel Leonardo, being first duly sworn, do hereby depose and state:

## BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since February of 2023. I am currently temporarily assigned to the FBI's Nashville's Memphis Safe Task Force (MSTF). My previous assignment in the FBI includes the FBI San Juan Field Office Violent Crime and Major Offender Task Force (VCMOTF) and the FBI Atlanta Violent Crime and Safe Street Gang Task Force (VCSSGTF). As part of my duties on the VCMO and VCSSGTF Task Force, I have investigated various violations of federal law to include bank robberies, armed carjackings, sexual assaults, assault on federal Officers and armed robberies. As a Special Agent, I have received training in a wide variety of investigative topics to include topics in violent crimes and various other matters within the authority of the FBI.

2. Affiant is a law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 111 (a)(1) and (b) has been committed.

4. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited

purpose of establishing probable cause for certain violations of law. Therefore, I have not included all of the facts of this investigation.

## FACTS IN SUPPORT OF PROBABLE CAUSE

5. On January 11, 2026, at approximately 7:12 p.m., Memphis Police Department (hereinafter, "MPD") Officers identified a black 4-door Toyota Camry, Mississippi license plate "DFI183" (hereinafter, "SUBJECT VEHICLE"), with two black males asleep inside the vehicle. MPD Officers observed both males to be in possession of a handgun. Upon the Officers approaching the vehicle and instructing the men to place their hands onto the dashboard, the two men attempted to run over Officers and hit a patrol car before fleeing.

6. MPD Officers believed one of the occupants to be QUADARIOUS TUCKER (hereinafter, TUCKER). A state arrest warrant for Aggravated Assault was issued for TUCKER due to this incident and documented into MPD Report 2601023359ME.

7. The SUBJECT VEHICLE's license plate number was entered into the FLOCK license plate reader (LPR) camera system for tracking.

8. On January 12, 2026, at approximately 6:30 p.m., FLOCK cameras located the SUBJECT VEHICLE in the Memphis area. An MPD officer in an unmarked vehicle conducted surveillance of the SUBJECT VEHICLE and followed the SUBJECT VEHICLE to Arnold Road. MPD Officers then coordinated with Tennessee Highway Patrol (hereinafter, THP) Troopers in preparation for the SUBJECT VEHICLE to again flee law enforcement as they attempted to conduct a traffic stop. MPD Officers began to place stop sticks at exit points relative to the SUBJECT VEHICLE.

9. MPD United States Marshals (USMS) Task Force Officer (TFO) Ryan Walker (hereinafter, TFO Walker) was placing spike sticks across Arnold Road when a separate law

enforcement unit approached the SUBJECT VEHICLE. The SUBJECT VEHICLE attempted to flee the area and swerved to avoid TFO Walker's spike sticks and struck TFO Walker. TFO Walker went over the hood of the SUBJECT VEHICLE and suffered a large laceration on his forehead. There was concern of a brain bleed once TFO Walker arrived at St. Francis Hospital and was evaluated.



*Photograph taken of the scene of the assault*



*Additional photograph from the scene of TFO Walker's assault*

10.    Officers from MPD and THP pursued the SUBJECT VEHICLE which continued to flee after striking TFO Walker. Officers and Troopers pursued the SUBJECT VEHICLE eastbound on Arnold Road before the SUBJECT VEHICLE proceeded northbound on Getwell Road and turned eastbound on American Way. Once the SUBJECT VEHICLE approached the intersection of American Way and Perkins Road, the SUBJECT VEHICLE crashed into a civilian vehicle and was disabled. A subject attempted to flee law enforcement on foot but was later apprehended. This subject was identified as DEVONTA READUS (hereinafter, READUS). READUS was identified as being the driver of the SUBJECT VEHICLE and was also observed by Officers discarding a black Springfield

Armory XD .45 caliber firearm, serial number S3295014, from his person in front of the Family Dollar located at 2719 S. Perkins Road, Memphis, Tennessee.

11.      TUCKER and a third subject, STEPHEN LEWIS (hereinafter, LEWIS) were apprehended on scene of the crash.

12.      TFO Walker was sworn in and deputized into the USMS on January 2, 2026 and his deputization is valid until June 30, 2026.

13.      REEADUS did willfully attempt to evade law enforcement, striking a Federal Task Force Officer in the process with the SUBJECT VEHICLE.

14.      Based on the facts set forth above, I respectfully submit that there exists probable cause to charge DEVONTA READUS with a violation of 18 U.S.C. 111 (a)(1) and (b).

Ariel Leonardo
Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone in Memphis, Tennessee on January 23, 2026.

s/ Tu M. Pham

Honorable Tu M. Pham
Chief United States Magistrate Judge
Western District of Tennessee